07 CV 5580

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

NYP HOLDINGS, INC. d/b/a NEW YORK POST,

             Plaintiff,

     - against -

NEW YORK NEWSPAPER PRINTING
PRESSMEN'S UNION LOCAL NO. 2 and
CHRISTOPHER CAPANELLI,

             Defendants.

------------------------------------------------------------------ x

07 Civ. 5580

JUN 1 1 2007

## RULE 7.1 STATEMENT OF
## DEFENDANT NYP HOLDINGS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for plaintiff NYP Holdings, Inc., certify that News Corporation, a publicly-held company, is the ultimate parent corporation of NYP Holdings, Inc.

Dated: New York, New York
       June 11, 2007

                                      Respectfully submitted,

                                      HOGAN & HARTSON LLP

                                      By: _____
                                          Michael Starr (MS 6851)
                                          Vanessa M. Thomas (VT 1679)
                                          875 Third Avenue
                                          New York, New York 10022
                                          (212) 918-3000
                                          *Attorneys for Plaintiff*