# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

No. 07 CV 5580

**NYP HOLDINGS INC., d/b/a NEW YORK POST**
*Plaintiff,*

-against-

**NEW YORK NEWSPAPER PRINTING PRESSMEN'S UNION LOCAL NO. 2, ET ANO,**
*Defendants.*

---

State Of New York, County of New York SS.:
**ROBIN RAMSON**
Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in New York.

That on the 12TH day of JUNE 2007, At: 4:25 PM

At: 275 SEVENTH AVENUE, SUITE 1500, NEW YORK, NEW YORK 10001

Deponent served the Annexed: **SUMMONS IN A CIVIL CASE, COMPLAINT, PROCEDURES FOR ELECTRONIC CASE FILING AND 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL**

Upon: **NEWSPAPER PRINTING, PRESSMEN'S UNION 2**

### PERSONAL SERVICE ON A CORPORATION
A corporation, by delivering thereat a true copy to **ROGER J. CARBO (SECRETARY TREASURER)** personally; who stated, that he is the said individual to be *Authorized To Accept Service* thereof.

### DESCRIPTION - Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **WHITE** Hair: **GRAY** App. Age: 60 App. Ht: 5'5" App. Wt. 125
Other identifying features:

Sworn to before me this 14TH
day of JUNE, 2007

JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2008

ROBIN RAMSON 956-346

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK
_____  No. 07 CV 5580

NYP HOLDINGS INC., d/b/a NEW YORK POST
                Plaintiff,

    -against-

NEW YORK NEWSPAPER PRINTING PRESSMEN'S UNION
LOCAL NO. 2, ET ANO,
                Defendants.
_____

State Of New York, County of New York SS.:
STANTON CAGNEY
Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in New York.

That on the 13TH day of JUNE 2007, At: 8:24 PM

At: C/O NY POST, 900 EAST 132ND STREET, BRONX, NEW YORK

Deponent served the Annexed: **SUMMONS IN A CIVIL CASE, COMPLAINT, PROCEDURES FOR ELECTRONIC CASE FILING AND 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL**

Upon: **CHRISTOPHER CAPANELLI**

### PERSONAL SERVICE ON AN INDIVIDUAL
An individual, by delivering thereat a true copy to **CHRISTOPHER CAPANELLI** personally; deponent asked the person spoken to if he was the named defendant, and he replied in the affirmative. Upon this information and belief, deponent knew that the person spoken to was the named defendant: **CHRISTOPHER CAPANELLI**

### DESCRIPTION - Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **WHITE** Hair: **BROWN** App. Age: **38** App. Ht: **5'10"** App. Wt. **140**
Other identifying features:

Sworn to before me this 14TH
day of JUNE, 2007

JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2008

STANTON CAGNEY 700417

**07 CV 5580**

UNITED STATES DISTRICT COURT
Southern District of New York

---------------------------------------------------------------- x
NYP HOLDINGS, INC. d/b/a NEW YORK POST,

            Plaintiff,

   - against -

NEW YORK NEWSPAPER PRINTING
PRESSMEN'S UNION LOCAL NO. 2 and
CHRISTOPHER CAPANELLI,

            Defendants.
---------------------------------------------------------------- x

SUMMONS IN
A CIVIL CASE

CASE NUMBER:

07 CIV _____

TO:
(Name and address
of defendants)

Newspaper Printing
Pressmen's Union Local 2
275 Seventh Avenue
Suite 1500
New York, NY 10001

Christopher Capanelli
20 Coconut Drive
Commack, NY 11725

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS, Michael Starr, Esq., HOGAN & HARTSON L.L.P., 875 Third Avenue, New York, New York 10022, an answer to the Complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 1 1 2007

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK