```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NYP HOLDINGS, INC. d/b/a New York Post,     :

                    Plaintiff,              :        07 Civ. 5580 (SHS) (JCF)

        -against-                           :        ORDER OF REFERENCE
                                                     TO A MAGISTRATE JUDGE
NEW YORK NEWSPAPER PRINTING                 :
PRESSMEN'S UNION LOCAL NO. 2 and
CHRISTOPHER CAPANELLI,                      :

                    Defendants.             :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/07

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**XX** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: Defendants' motion to dismiss

All such motions: ___

Dated: New York, New York
       June 18, 2007

SO ORDERED:

/s/ Sidney H. Stein
Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.