UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NYP HOLDINGS, INC. D/B/A NEW YORK POST,

                                      Plaintiff,            **ANSWER**

                                                       Case No. 07 CIV 5580

                       -against-

NEW YORK NEWSPAPER PRINTING PRESSMEN'S
UNION LOCAL NO. 2 AND CHRISTOPHER
CAPANELLI,

                                      Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

### AFFIDAVIT OF SERVICE

    I, RICHARD STORM, being duly sworn state the following:

    I am not a party to this action, am over 18 years of age and reside at New York, New York.

    On the 29th of June, 2007, I served the within Answer by mailing a true copy to each of the following persons at the last known address set forth after each name below:

    Christopher Capanelli
    20 Coconut Drive
    Commack, NY 11725

                                                            */s/ Richard Storm*
                                                             RICHARD STORM

Sworn to before me this
29th day of June, 2007

_____
NOTARY PUBLIC

{Worldox Files\876\002\04\07038533.DOC}

        JOHN O. SOLIS
   Notary Public, State of New York
        No. 01SO6032705
    Qualified in Queens County
Commission Expires November 8, 20___