Michael Starr (MS 6851)
Vanessa M. Thomas (VT 1679)
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

NYP HOLDINGS, INC. d/b/a NEW YORK POST,

               Plaintiff,

           - against -

NEW YORK NEWSPAPER PRINTING
PRESSMEN'S UNION LOCAL NO. 2 and
CHRISTOPHER CAPANELLI,

               Defendants.

------------------------------------------------------------- x

07 Civ. 5580

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT, upon the affidavit of Michael Starr, Esq., dated December 10, 2007 and the exhibits attached thereto and upon all of the pleadings and papers heretofore served in this action, plaintiff NYP Holdings, Inc. d/b/a New York Post will move this honorable Court at the United States District Court, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on such date and time as the Court sets, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary

judgment in its favor and confirming the arbitration award issued by Arbitrator Barbara Zausner on June 12, 2006.

Dated:   New York, New York
         December 10, 2007

                                        HOGAN & HARTSON L.L.P.


                                  By:   ___/s/ Michael Starr___
                                        Michael Starr (MS 6851)
                                        Vanessa M. Thomas (VT 1679)
                                        875 Third Avenue
                                        New York, NY  10022
                                        Telephone: (212) 918-3000
                                        Facsimile: (212) 918-3100
                                        Attorneys for Plaintiff


To:   Daniel Engelstein, Esq.
      Levy Ratner, P.C.
      80 Eighth Avenue
      New York, New York  10011

      Christopher Capanelli
      20 Coconut Drive
      Commack, New York  11725