UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
NYP HOLDINGS, INC. d/b/a NEW YORK POST,

    Plaintiff,

    - against -

NEW YORK NEWSPAPER PRINTING
PRESSMEN'S UNION LOCAL NO. 2 and
CHRISTOPHER CAPANELLI,

    Defendants.
------------------------------------------------------------------ x

07 Civ. 5580

## CERTIFICATE OF SERVICE

    I, Christine M. Wilson, certify under penalty of perjury that I caused a true and correct copy of the foregoing Notice of Motion, Memorandum of Law in Support of Petition to Confirm Arbitration Award, and Affirmation of Michael Starr to be served on the 10th day of December 2007 by first class U.S. mail and by electronic means to the following counsel of record:

Daniel Engelstein, Esq.
Levy Ratner, P.C.
80 Eighth Avenue
New York, New York 10011

And by first class U.S. mail to the following defendant, who has not yet appeared in this action:

Christopher Capanelli
20 Coconut Drive
Commack, New York 11725

*[signature]*
Christine M. Wilson

HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
*Attorneys for Plaintiff NYP Holdings, Inc.*