UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
NYP HOLDINGS, INC. d/b/a NEW YORK POST,

    Plaintiff,

- against -

NEW YORK NEWSPAPER PRINTING
PRESSMEN'S UNION LOCAL NO. 2 and
CHRISTOPHER CAPANELLI,

    Defendants.
------------------------------------------------------------------ x

07 Civ. 5580

**AFFIRMATION OF MICHAEL STARR**

    **Michael Starr**, an attorney duly admitted to practice before the Courts of the State of New York, does hereby affirm under penalty of perjury, as follows:

    1.    I am a partner in the law firm of Hogan & Hartson LLP, attorneys for plaintiff NYP Holdings, Inc. d/b/a New York Post (the "*Post*") in the above-captioned matter. I submit this affirmation in support of the Post's petition to confirm a certain arbitration award pursuant to Federal Rule of Civil Procedure 56. I am fully familiar with the facts and circumstances stated herein.

    2.    Attached as Exhibit A is a true and correct copy of the arbitration award issued by Arbitrator Barbara Zausner on June 12, 2006, which was previously submitted as Exhibit A to the Complaint herein.

    3.    Attached as Exhibit B is a true and correct copy of the collective bargaining agreement between the Post and The New York Newspaper Printing Pressman's Union Number Two.

      4.      Attached as Exhibit C is a true and correct copy of the Affidavit of Service for personal service of the Complaint and Summons in this action on Christopher Capanelli on June 13, 2007, which has been obtained from the Court's PACER system.

Dated:   New York, New York
           December 10, 2007

                                            Michael Starr (MS 6851)