USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NYP HOLDINGS, INC. d/b/a NEW YORK POST,

                Plaintiff,

07 CIVIL 5580 (SHS)(JCF)

-against-

**JUDGMENT**

NEW YORK NEWSPAPER PRINTING PRESSMEN'S
UNION LOCAL NO. 2 and CHRISTOPHER CAPANELLI,
                Defendants.
-----------------------------------------------------------X

       Plaintiff having moved for summary judgment seeking confirmation of a labor arbitration award, and the matter having come before the Honorable Sidney H. Stein, United States District Judge, and the Court, on March 4, 2008, having rendered its Order granting plaintiff's motion for summary judgment and confirming the arbitration award, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 4, 2008, plaintiff's motion for summary judgment is granted and the arbitration award is confirmed; accordingly, the case is closed.

**Dated:** New York, New York
         March 4, 2008

                                          J. MICHAEL McMAHON
                                             Clerk of Court
          BY:
                                             Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____